1  Jason M. Ingber (SBN 318323)
   **Ingber Law Group**
2  3580 Wilshire Blvd., Suite 1260
   Los Angeles, California 90010
3  Tel: (213) 805-8373
   E-mail: ji@jasoningber.com
4
   Attorneys for Plaintiff Aliza Ingber
5

6                    **UNITED STATES DISTRICT COURT**
7              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
8                              **WESTERN DIVISION**
9

10 | ALIZA INGBER, individually and on behalf of all others similarly situated, | Case No.: 2:25-cv-02881-AJR |
11 | | |
12 | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
13 | v. | **(F.R.C.P. 41(a)(1)(A)(i))** |
14 | SAUCE, INC., a Delaware corporation and DOES 1 through 10, inclusive, | |
15 | Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES:**

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1
2     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
3  Plaintiff hereby voluntarily dismisses this action without prejudice against
4  Defendant(s), as no answer or motion for summary judgment has been filed.
5
6
7     Dated: April 21, 2025                INGBER LAW GROUP
8
9                                          By: */s/ Jason M. Ingber*
                                           Jason M. Ingber (SBN 318323)
10                                         3580 Wilshire Blvd., Suite 1260
                                           Los Angeles, California 90010
11                                         Tel: (213) 805-8373
                                           Email: ji@jasoningber.com
12                                         Attorney for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**